TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorneys for Plaintiff

```
┌──────────────────────────────────┐
│ X  FILED        ___ LODGED        │
│ ___ RECEIVED    ___ COPY          │
│                                   │
│      MAY  1 2 2026                │
│                                   │
│  CLERK U S DISTRICT COURT         │
│    DISTRICT OF ARIZONA            │
│  BY_____ DEPUTY        │
└──────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-00488-PHX-JJT (ASB) |
|---|---|---|
| Plaintiff, | | |
| vs. | | **INDICTMENT** |
| | VIO: | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) Count 1 |
| Mohamed Maio, | | |
| Defendant. | | 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 (Material False Statement During the Acquisition of a Firearm, Aid and Abet) Counts 2 and 3 |
| | | 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 9, 2021, in the District of Arizona, Defendant MOHAMED MAIO, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is a Ruger, LCP II, serial number

380622631, 380 caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

On or about May 13, 2021, in the District of Arizona, Defendant MOHAMED MAIO, knowingly and intentionally aided and abetted another person to make a false and fictitious statement in connection with the acquisition of firearms to J Strapt Armory, a licensed firearms dealer within the meaning of Chapter 44 of Title 18, United States Code, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, United States Code, in that the other person executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual transferee/buyer of the firearms, whereas in truth and fact, MAIO and the other person knew that the other person was buying the firearms on behalf of MAIO.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 3

On or about May 15, 2021, in the District of Arizona, Defendant MOHAMED MAIO, knowingly and intentionally aided and abetted another person to make a false and fictitious statement in connection with the acquisition of firearms to J Strapt Armory, a licensed firearms dealer within the meaning of Chapter 44 of Title 18, United States Code, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, United States Code, in that the other person executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual transferee/buyer of the firearms, whereas in truth and fact, MAIO and the other person knew that the other person was buying the firearms on behalf of MAIO.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 3 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

///

///

///

- 3 -

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  May 12, 2026

TIMOTHY COURCHAIN
United States Attorney
District of Arizona

*s/*
KEVIN M. RAPP
Assistant U.S. Attorney

- 4 -