TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY 1 2 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.     CR-26-00488-PHX-JJT (ASB) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Mohamed Maio, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case U.S. v. Mohamed Maio, et al. (CR-25-00766-PHX-MTL).

Respectfully submitted this 12th day of May, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/Kevin M. Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney